# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FREDRICK MORRIS**,

    Plaintiffs,

v.                                                           Case No. 23-CV-09

**MARTHA BREEN-SMITH,**

    Defendant.

## ORDER

On September 5, 2023, plaintiff Fredrick Morris, who is incarcerated and representing himself, filed a motion to compel discovery. (ECF No. 27.) Morris requests that the court compel the defendant to "answer his discovery request." (*Id.* at 1.)

The defendant responded to Morris's motion, noting that he failed to meet and confer as required by Federal Rule of Civil Procedure 37(1). The defendant also states that Morris requested his medical records from January 1, 2020, through November 11, 2022, and these documents amount to 2,574 pages. (ECF No. 30 at 1.) Many of the medical records within this range are irrelevant to the case. The defendant states that, in responding to Morris's discovery request, the defendant asked Morris to narrow his response. Instead of conferring with the defendant about narrowing his request, Morris filed this motion.

Because Morris did not meet and confer with the defendant before filing this motion to compel, the court **DENIES** his motion to compel (ECF No. 27).

Dated in Milwaukee, Wisconsin this 9th day of November, 2023.

BY THE COURT

_William E. Duffin_

WILLIAM E. DUFFIN
United States Magistrate Judge